**DISMISS; and Opinion Filed July 13, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01546-CV

**JOHN DOUGLAS, Appellant**
**V.**
**VICTOR MILLER, VICTOR BRIAN MILLER, AERO GROUP, INC., VICTOR AVIATION, LEROY A. "BUD" WELCOME, AND GRAYSON COUNTY SHERIFF, Appellees**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-15-1784**

## MEMORANDUM OPINION

Before Justices Francis, Fillmore, and Schenck
Opinion by Justice Schenck

Appellant's brief in this case is overdue. By postcard dated February 2, 2016, we notified appellant the time for filing his brief had expired. We directed appellant to file his brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. By order dated February 10, 2016, we extended the time to file appellant's brief until February 29, 2016. To date, appellant has not filed a brief, filed a second extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).


/David J. Schenck/
DAVID J. SCHENCK
JUSTICE


151546F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

JOHN DOUGLAS, Appellant

No. 05-15-01546-CV      V.

VICTOR MILLER, VICTOR BRIAN
MILLER, AERO GROUP, INC., VICTOR
AVIATION, LEROY A. "BUD"
WELCOME, AND GRAYSON COUNTY
SHERIFF, Appellees

On Appeal from the 59th Judicial District
Court, Grayson County, Texas
Trial Court Cause No. CV-15-1784.
Opinion delivered by Justice Schenck.
Justices Francis and Fillmore participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees VICTOR MILLER, VICTOR BRIAN MILLER, AERO GROUP, INC., VICTOR AVIATION, LEROY A. "BUD" WELCOME, AND GRAYSON COUNTY SHERIFF recover their costs of this appeal from appellant JOHN DOUGLAS.

Judgment entered this 13th day of July, 2016.